■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALCENIO SEGURA, Appellant. [821 NYS2d 578]—Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered January 30, 2004, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 15 years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

As the People concede, since the crime was committed before the effective date of the legislation providing for imposition of a DNA databank fee (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]), that fee should not have been imposed. Concur—Buckley, P.J., Mazzarelli, Marlow, Sullivan and Gonzalez, JJ.

■ RICHARD S. KEOSEIAN, Appellant, v ADAM EMMERICH et al., Respondents. [821 NYS2d 453]—Order, Supreme Court, New York County (Louis B. York, J.), entered August 19, 2004, which, to the extent appealed from as limited by the briefs, dismissed plaintiff's second and third causes of action against defendant Emmerich upon a jury finding that Emmerich was not negligent, unanimously affirmed, without costs.

The court properly denied plaintiff's motion to set aside the jury's verdict as against the weight of the evidence (*see Ohdan v City of New York*, 268 AD2d 86, 88 [2000], *lv denied* 95 NY2d 769 [2000]). The trial evidence, fairly considered, permitted the jury to conclude that defendant had not been negligent in connection with the air conditioner leak that was alleged to have caused plaintiff's damages. In that regard, plaintiff did not request a change or res ipsa loquitur. Concur—Buckley, P.J., Mazzarelli, Marlow, Sullivan and Gonzalez, JJ.